**Van−020** [Notice of Hearing] (Rev. 06/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, WESTERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 09−73370−CMS13 |
| Brian Elliott | **Chapter** 13 |
| **SSN:** xxx−xx−6782 | |
| | |
| **Debtor(s)** | |

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

Trustee's Motion to Dismiss Case as Debtor's Plan is no longer feasible −Dkt. #61

**Date:** Thursday, November 18, 2010    **Time:** 09:00 PM

**Location:** Room 358, Federal Courthouse, 1118 Greensboro Ave, Tuscaloosa, AL 35401

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached and filed with the Court by an attorney prior to the hearing date.

Dated:   October 21, 2010                                   By:

                                                            Scott W. Ford, Clerk
                                                            United States Bankruptcy Court

mam